

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00035-CV

**VIA METROPOLITAN TRANSIT AUTHORITY**,
Appellant

v.

Jose **BARRAZA** and Ruben Barraza,
Appellees

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 352025
Honorable Irene Rios, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

It is ORDERED that appellees Jose Barraza and Ruben Barraza recover their costs of this appeal from appellant VIA Metropolitan Transit Authority.

SIGNED December 4, 2013.

Marialyn Barnard, Justice